# EXHIBIT A

# **Bed**Architecture™
## *by* **Knickerbocker**



MADE WITH PRIDE
IN THE USA


## **Knickerbocker**
### ADVANCED BED SUPPORT SYSTEMS

**www.knickerbockerbedframe.com**

Copyright ©2012 Knickerbocker Bed Frame Company. All rights reserved.

# What is **Bed**Architecture™ ?

Advanced, high performance support systems that offer the ultimate in form and function

Designed and engineered to meet the demands of today's luxury bedding

# Knickerbocker

making what's **Under The Bed**™ as important to sleep as what's on top



## We make what's **Under The Bed**™ better!
## That's what we do! That's all that we do!

American Made, American Owned. A 4th generation family business established 1919.
The only manufacturer committed to using 100% recycled, high-carbon, flexfree rail-track steel.
All products and their components are made and assembled in the USA!

**2**

Copyright © 2012 Knickerbocker Bed Frame Company. All rights reserved.

# How **Bed**Architecture™ Improves Performance <u>Under The Bed</u>™



## The more stable the base, the longer the bedding will last!

Without a bed support that's completely stable, the energy created from motion goes back into the bedding above.

Over time, motion can accelerate internal wear that could void the bedding manufacturer's warranty.

That's why every BedArchitecture product is dynamic-load engineered to reduce flex for the ultimate <u>**Under The Bed**</u>™ stability.

## Why Customers need it!

Because lack of proper support creates problems that BedArchitecture solves.

Nationally 1/3 of all customer complaints on new bedding purchases are a direct result of improper support under the bed.

Improper support may void mattress warranty.

BedArchitecture products far exceed all bedding manufactures warranty support requirements.



**3**

Copyright © 2012 Knickerbocker Bed Frame Company. All rights reserved.

# Introducing

# (emBrace)™

## **Bed**Architecture™
### *by* **K**nickerbocker



*emBrace King size
Bed Support System*

## Support from the bottom up

- Furniture,  not just a bed frame, no dust ruffle needed.
- Durable exterior fiberglass-infused resins
- No squeaks or rattles from metal touching metal.
- No sharp edges and never any rust.
- No wheels, EasyGlide™ low friction leg design
- Superior seat-edge support which compliments today's sleep-to-the-edge mattress designs.
- Revolutionary LegLock™ side rail connectors quickly lock together or come apart without tools.

## The more stable the base, the longer the bedding will last!

- Advanced design, high performance, bed support systems provide the ultimate in form and function.
- Engineered to compliment the designs of today's mattresses and foundations.
- BedArchitecture products position you as the expert.
- Fewer callbacks or returns from sagging.
- Increases referrals because the perfect alignment and rock-solid support makes every mattress feel better.

4

Copyright © 2012 Knickerbocker Bed Frame Company. All rights reserved.

# emBrace has a **Heart of Steel**™ yet it is warm to the touch.



Extruded composite cover

*emBrace side rail cross section*

The emBrace side rails are twice the width with twice the steel of traditional design bed frames. Side rails have been lengthened to compliment 80" and 84" bedding. They are flex-free to provide valid seat-edge support. For the first time, Sleep-to-the-Edge  support matches today's mattress designs. Patented T-Steel design is vertical in side-rails providing rock-solid support is all sizes. This system produces incredible strength that will not flex.

# Double angle T steel for cross support



Doubled steel center rail

*emBrace cross rail cross section*

The emBrace™ again uses high carbon re-rolled railroad steel, fabricated at extreme temperatures and riveted into a "T" shape. This T section system, using its structural advantage, becomes incredibly rigid and has no flex, even with the weight of luxury bedding and an active family combined.

# A **Heart of Steel**™ gives unmatched strength.



On the inside, the emBrace system uses hardened steel angle for unmatched support. On the outside it is encased in injection molded, fiberglass infused resin that's warm to the touch, hygienic and easy to clean.

**5**

Copyright © 2012 Knickerbocker Bed Frame Company. All rights reserved.

# Clean Design



## Smooth contours protect bedding and add style to your bedroom.

## Turns a dull room into a design statement

- emBrace has exclusive patented T-shaped rails with more than twice the strength of traditional bed frames. It provides superior seat-edge support which complements today's sleep-to-the-edge mattress design.

- Injection-molded, fiberglass-infused resin surface is warm to touch, hygienic and easy to clean.

- Elegant tapered legs and contoured side-rails.

- Advanced glide surface stays solidly in place yet is easy to move when required.



**6**

Copyright © 2012 Knickerbocker Bed Frame Company. All rights reserved.

# The system guarantees a correct assembly every time.



*emBrace Queen size Bed Support System*

# The entire support system assembles correctly in minutes without using any tools.

Simply drop the wedge shaped cross rail blocks into the tapered legs, and emBrace squares up naturally!



# BedArchitecture Improves Performance Under The Bed™

- Without a support system that's completely stable, the energy created from motion goes back into the bedding above.

- Over time, motion can accelerate internal wear that could void the bedding manufacturer's warranty.

- That's why every BedArchitecture product is dynamic-load engineered to reduce flex for the ultimate Under The Bed™ stability.

**7**

Copyright © 2012 Knickerbocker Bed Frame Company. All rights reserved.

**Past**



**Present**



Copyright © 2012 Knickerbocker Bed Frame Company. All rights reserved.

# Future



Copyright © 2012 Knickerbocker Bed Frame Company. All rights reserved.





Copyright © 2012 Knickerbocker Bed Frame Company. All rights reserved.





11

Copyright © 2012 Knickerbocker Bed Frame Company. All rights reserved.

# A great bed starts with an emBrace.™

## Style

Contoured side rails supported by elegantly tapered legs establish the emBrace™ as the vanguard of bedroom fashion.



## Perfect Silence

While traditional mattress foundations lend themselves to squeaking and rattling noises, the emBrace™ was designed to actively help eliminate sound that results from contact between a bed and its foundation. The Embrace's advanced polymer resin absorbs contact pressure and acts as a complete sound muffler.

## Safe

The emBrace™ has virtually no exposed steel or sharp edges. The soft feel of the emBrace's advanced polymer coat is a dramatic departure from traditional mattress foundations.



## Hygienic

Seventy million people in the United States have allergies. Traditional bed skirts or dust ruffles collect enormous amounts of dust and pollen. The emBrace™ is designed for use without a bed skirt. This makes under the bed cleaning much easier and helps keep the bedroom more sanitary and dust free.

## Works on any Surface

An advanced glide surface at the bottom of the emBrace's legs allow for both stability and ease of movement. The emBrace™ can be used confidently on both hard wood floors and carpet.

## Space Efficient

Space Efficient: Eliminate the footboard! Bedrooms today need more space! The emBrace™ can be used free standing or in conjunction with an existing headboard. It makes any bedroom feel more open and less cluttered. It also allows you to sit on the edge of your bed.

Copyright © 2012 Knickerbocker Bed Frame Company. All rights reserved.



Made with pride
in America



**Bed** Architecture
*by* **Knickerbocker**

The Art of Superior Support

## Twin

**2139-1** white
**2139-2** black
**2139-3** brown
**2139-4** gray
**2139-5** red



**4 Support legs-**
Legs 7 1/2" standard height

71 1/2"

←38"→
Inside Width
TWIN

## Full

**2154-1** white
**2154-2** black
**2154-3** brown
**2154-4** gray
**2154-5** red



**6 Support legs-**
Legs 7 1/2" standard height



71 1/2"

←—53"—→
Inside Width
FULL

## Queen

**2160-1** white
**2160-2** black
**2160-3** brown
**2160-4** gray
**2160-5** red



**7 Support legs-**
6 perimeter + 1 center
Legs 7 1/2" standard height



76 1/2"

←—60"—→
Inside Width
QUEEN

## King

**2176-1** white
**2176-2** black
**2176-3** brown
**2176-4** gray
**2176-5** red

## Cal King

**2172-1** white
**2172-2** black
**2172-3** brown
**2172-4** gray
**2172-5** red



**9 Support legs-**
6 perimeter + 3 center
Legs 7 1/2" standard height



76 1/2"
KING
80 1/2"
CAL KING

←—Inside Width—→
KING, 76" CAL KING, 72"

Available in:

   

white    black    brown    gray    red


Lifetime
Limited Warranty

All **(emBrace)** Bed Support Systems offer a Lifetime Limited Warranty

Knickerbocker Advanced Bed Support Systems, Carlstadt, NJ, USA  1 800- 526-6294

- ## Mattress and boxspring damage can result from poor support.



The emBrace is tailored to both the length and width of the boxspring. Unnecessary damage to the entire set of bedding can occur when undo stress is placed on the box spring. The T rail structure of the emBrace prevents any flexing and movement in the side rail and the added length provides the most stable base for today's luxury bedding.



- ## Bedding tip-up.



**Problem**

**Solution**

T,F,Q,K

Queen and King size

T,F,Q,K





(emBrace)™
Every great bed begins with an emBrace



- ## Improper support invalidates warranties.





Improper support is cited as the single major factor in mattress failure. Proper side and rigid center foundation support is required by all quality bedding manufacturers. Warranties will not cover damaged mattresses and boxsprings caused by improper support.

**"… does not cover damage caused by inadequate center support or from weak or improper bed frame"**

- ## Knickerbocker represents maximum support, not minimum requirements.

Even high quality, luxury bedding is subject to unnecessary stress and may fail if not properly supported. As the weight, cost and quality of today's bedding increases, your choice of appropriate support becomes critical. Choose the maximum recommended support, not the minimum acceptable.



**14**

Copyright © 2012 Knickerbocker Bed Frame Company. All rights reserved.



# Responsibly manufactured in the USA



- **Knickerbocker products use reclaimed railroad steel.**



Global climate change, the decline in American manufacturing and dependence on foreign energy supplies are all important issues today.

The heart of Knickerbocker's wood bed support systems is steel angle iron made from recycled railroad steel. Worn railroad track is reclaimed, then heated, slit and re-rolled into steel angle.

- **Furnaces to process steel are powered with methane from landfills.**



The furnace that begins the recycling process is powered with clean, domestically produced energy. Methane gas, captured from a nearby landfill, is piped to the mill and is used to power the furnaces.



Rail steel has a high carbon content makes the angle iron incredibly strong. The rolling process makes it even stronger. The angle is perfect for constructing bed supports and reuses the highest quality rail steel.

- **Build green, live green, stay green.**

It's the philosophy at Knickerbocker to be as environmentally responsible as possible, while producing the highest quality products. By reusing domestic steel from the US railroad industry, less material is imported and shipped from overseas. That means more jobs here at home- critical to the economic survival of all Americans.

- **Knickerbocker products are made with pride in the USA.**



More than ever, high-quality, environmentally responsible products that are made in the U.S.A. are recognized as superior.  Knickerbocker has manufactured its products responsibly in America for almost 90 years.



15

Copyright © 2012 Knickerbocker Bed Frame Company. All rights reserved.

# **Bed**Architecture™
## *by* **Knickerbocker**



**Knickerbocker**

**ADVANCED BED SUPPORT SYSTEMS**

770 Commercial Avenue
Carlstadt, New Jersey 07072
1 800-526-6294

**www.knickerbockerbedframe.com**

Copyright © 2012 Knickerbocker Bed Frame Company. All rights reserved.

MA-02