# EXHIBIT B

# (emBrace)™
## The Art of Superior Support



# BedArchitecture™
## by Knickerbocker

# What is <u>Bed</u>Architecture™ ?



Advanced, high performance support systems that offer the ultimate in form and function

Designed and engineered to meet the demands of today's luxury bedding

## Knickerbocker

making what's <u>Under The Bed</u>™ as important to sleep as what's on top



We make what's <u>Under The Bed</u>™ better!
That's what we do! That's all that we do!

American Made, American Owned. A 4th generation family business established 1919.
The only manufacturer committed to using 100% recycled, high-carbon, flexfree rail-track steel.
All products and their components are made and assembled in the USA!

1

# How BedArchitecture™ Improves Performance Under The Bed™



## The more stable the base, the longer the bedding will last!

Without a bed support that's completely stable, the energy created from motion goes back into the bedding above.

Over time, motion can accelerate internal wear that could void the bedding manufacturer's warranty.

That's why every BedArchitecture product is dynamic-load engineered to reduce flex for the ultimate Under The Bed™ stability.

## Why Customers need it!

Because lack of proper support creates problems that BedArchitecture solves.

Nationally 1/3 of all customer complaints on new bedding purchases are a direct result of improper support under the bed.

Improper support may void mattress warranty.

BedArchitecture products far exceed all bedding manufactures warranty support requirements.



2



# (emBrace)™
## The Art of Superior Support



Introducing an entirely new concept that bridges bed support and style.

3

# More than just support.

## It artistically elevates an entire bedroom.

emBrace has exclusive patented T-shaped rails with more than twice the strength of traditional bed frames. It provides superior seat-edge support which complements today's sleep-to-the-edge mattress design.

Injection-molded, fiberglass-infused resin surface is warm to touch, hygienic and easy to clean.

Elegant tapered legs and contoured side-rails.

Advanced glide surface stays solidly in place yet is easy to move when required.

Functions as a piece of furniture that finishes the bedding and bedroom.

Eliminates the need for a dust ruffle - makes under the bed cleaning easier and therefore more hygienic.





With no footboard required, making the bed in the morning as well as navigating around the bedroom is easier – it actually makes the bedroom bigger.



The Art of Superior Support

4

# emBrace has a Heart Of Steel™ yet it is warm to the touch.

## Doubled angle steel side rails inside composite covers.

The emBrace system's side-rails are twice the width with twice the steel of traditional bed frames. Side rails have been lengthened to compliment 80" and 84" long bedding. They are flex-free to provide seat-edge support. For the first time, Sleep-to-the-Edge™ support matches today's mattress designs.

Patented T-Steel design provides rock-solid support in all sizes. This system produces incredible strength that will not flex.

*Extruded composite cover*

*emBrace side rail cross section*

## Double angle T steel for cross support.

The emBrace uses high carbon re-rolled railroad steel, fabricated at extreme temperatures and riveted into a "T" shape. This T section system, using its structural advantage, becomes incredibly rigid and has no flex, even with the weight of luxury bedding and an active family combined.



*Doubled steel cross rail*

*emBrace cross rail cross section*

The combination of double angle steel T in the side rail and cross rail assemblies results in the most robust bed support system available on the market today.



™

5

Revolutionary side rail connectors quickly lock together or come apart without tools. Easy assembly reduces set up time with no errors or leftover parts.

Entire support system stays perfectly square without movement.

No metal on metal: tough polymer material means sleep is never disturbed from squeaking or rattling.



# emBrace dimensions:

Supports bed at standard 7 1/2" height off floor in all sizes



Knickerbocker warrants these products for their lifetime against manufacturer's defects in materials and workmanship



## The Art of Superior Support



## BedArchitecture™
## by Knickerbocker



MADE WITH PRIDE IN THE USA 

EM-SL2